NO. PD-0988-15

ASENCIO PEREZ JR.      §      IN THE COURT OF

VS.      §      CRIMINAL APPEALS

THE STATE OF TEXAS      §      OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 31 2015

Abel Acosta, Clerk

PRO SE MOTION FOR EXTENSION OF TIME
TO FILE A PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable court to extend the time for filing the Appellant's Pro Se Petition for Discretionary Review in this case and in support thereof would show the court the following:

1. The style and numbered of this case in the Second District of Texas Ft. Worth Court of appeals is: The State of Texas-v-Asencio Perez Jr. Appeal No. 02-14-00239-CR.

2. The style and number of this case in trial court is: The State of Texas-v-Asencio Perez Jr. Cause No. CR10203, from the 355Th District Court of Hood County Texas.

3. The conviction was affirmed in the Second District of Texas Ft. Worth court of Appeals on June 25, 2015.

4. The deadline for filing the appellants Petition for Discretionary Review is July 25, 2015

5. An extension of time for a period of Sixty(60) Days is requested that would make the due date September 23, 2015

Pro Se Motion For Extension of time to File Petition for Discretionary Review
Page 1

6. No prior request for an extension of time has been made.

7. The facts relied upon to show good cause for the requested extension are as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the court of appeals. After the conviction was affirmed, Appellant/Petition was left with no further representation to file his Petition for Discretionary Review. Therefore additional time is needed for Appellant/Petitioner to either prepare and file the Petition pro se or seek legal assistance in filing Petition.

## PRAYER:

Wherefore, Premises Considered, the Appellant/Petitioner respectfully request that this Honorable Court extend time for filing the Pro Se Petition for Discretionary Review in this cause to Sep. 23, 2015.

Respectfully Submitted

/S/ _____

ASENCIO PEREZ JR., Pro Se.
TDCJ-ID #1933898
FRENCH M. ROBERTSON UNIT
12071 FM. 3522
Abilene, Texas 79601

Pro Se Motion For An extension of time to file Petition for Discretionary Review - Page 2

## Certificate of Service:

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the office of District Attorney 355th Judicial District Robert Christian Hood County Justice Center 1200 W. Pearl Street Granbury, Texas 76048 and The State Prosecuting Attorney Matthew Paul at P.O. Box 13046, Capital Station, Austin, Texas 78711, on this the 24th day of July, 2015

/S/ Asencio Perez Jr.

ASENCIO PEREZ JR, Pro Se.

## Compliance with Mail Box Rule:

I Asencio Perez Jr.. hereby submits to this Honorable Court that he filed this Motion July 25, 2015 by placing same in the prison mail system July 24, 2015.

/S/ Asencio Perez Jr.

ASENCIO PEREZ JR.

Pro Se Motion for an extension of time to file Petition for Discretionary Review Page 3